IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| HARALD SCHMIDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19-cv-1125 (LMB/JFA) |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is plaintiff pro se Harald Schmidt's ("plaintiff" or "Schmidt") Motion for Leave to File Second Amended Complaint ("Motion"). In his motion he asserts that "some issues in Count[s] 1–8" of his Amended Complaint, which have been dismissed without prejudice, "also apply to Count 9," the only remaining count in the pending Amended Complaint, and on that basis "requests leave to file a [second] amended complaint." Plaintiff has not attached the proposed second amended complaint to the Motion, thereby depriving the Court of the ability to review the proposed pleading. According, it is hereby

ORDERED that plaintiff's Motion for Leave to File Second Amended Complaint [Dkt. 97] be and is DENIED WITHOUT PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record and plaintiff pro se.

Entered this 23rd day of April, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge